PREET BHARARA
United States Attorney for the
Southern District of New York
By:  DANIEL P. FILOR
      ELLEN LONDON
Assistant United States Attorneys
86 Chambers Street -- 3rd Floor
New York, New York 10007
Telephone: (212) 637-2726/2737
Facsimile: (212) 637-2717
Email:  Daniel.Filor@usdoj.gov
        Ellen.London@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                           :   11 Civ. _____
                                                                 :
AMBAC FINANCIAL GROUP, INC.,                                     :   Bankr. Case No. 10-15973
                                                                 :   (SCC)
              Debtor,                                            :
                                                                 :
_____                        :
                                                                 :
AMBAC FINANCIAL GROUP, INC.,                                     :
                                                                 :
                            Plaintiff,                           :   Adv. Pro. No.:  10-4210
                                                                 :
v.                                                               :
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------x

### NOTICE OF MOTION TO WITHDRAW THE REFERENCE
### PURSUANT TO 28 U.S.C. § 157(d)

PLEASE TAKE NOTICE that upon this notice of motion and the

accompanying memorandum of law and declaration of Daniel P. Filor, defendant

the United States of America, by and through its attorney Preet Bharara, United

States Attorney for the Southern District of New York, moves this Court for an

Order pursuant to 28 U.S.C. § 157(d) withdrawing the reference from the United

States Bankruptcy Court for the Southern District of New York to the United States

District Court for the Southern District of New York.

Dated:  New York, New York
        January 13, 2011

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

        By:       __s/ Daniel P. Filor_____
                              DANIEL P. FILOR
                              ELLEN M. LONDON
                              Assistant United States Attorneys
                              86 Chambers Street -- 3rd Floor
                              New York, New York 10007
                              Telephone: (212) 637-2726/2737
                              *Attorneys for the United States of America*