

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 7, 2011

BY FACSIMILE: (212) 805-7986
Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/11
```

Re: Ambac Financial Group, Inc., v. United States, 11 Civ. 270 (PGG) (JLC)

Dear Judge Gardephe:

We write on behalf of defendant United States of America (the "Government"), to respectfully request permission to include three extra pages in the Government's reply to the briefs filed by Debtor and Intervenor the Official Committee of Unsecured Creditors (the "Committee") in opposition to the Government's motion to withdraw the reference. The Government's reply is due on February 8, 2011. We seek an extension of the page limit due to the fact that the opposition memoranda filed by Debtor and the Committee each met or exceeded 20 pages, and the two briefs address a number of separate points. Both Debtor and the Committee have consented to this request.

We thank the Court for consideration of this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Daniel P. Filor*

DANIEL P. FILOR
ELLEN LONDON
Assistant United States Attorneys
Tel: (212) 637-2726
Fax: (212) 637-2717

cc: Lawrence M. Hill, Esq. (by email)
Edward L. Froelich, Esq. (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Feb 8, 2011

TOTAL P.02