UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:

AMBAC FINANCIAL GROUP, INC.,

    Debtor,

------------------------------------------------------------

AMBAC FINANCIAL GROUP, INC.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/13

11 Civ. 270 (PGG) (JLC)
ECF Case

Bankr. Case No. 10-15973 (SCC)

Adv. Pro. No.: 10-4210

## STIPULATION OF DISMISSAL

WHEREAS, the above-referenced adversary proceeding, *Ambac Financial Group, Inc. v. United States of America*, Adv. Pro. No. 10-4210 (Bankr. S.D.N.Y.), was dismissed on May 7, 2013, pursuant to stipulation by and between plaintiff Ambac Financial Group, Inc. ("Ambac") and defendant the United States of America ("United States"),

IT IS HEREBY STIPULATED AND AGREED, by and between the United States, Ambac, and intervenor the Official Committee of Unsecured Creditors ("Committee"), that the United States' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and the above-captioned case be withdrawn and dismissed with prejudice without costs or attorney's fees, pursuant to Fed. R. Civ. P. 41(a).

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States

By: _____
DANIEL P. FILOR
ELLEN LONDON
CARINA H. SCHOENBERGER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
Facsimile: (212) 637-2702
Daniel.Filor@usdoj.gov
Ellen.London@usdoj.gov
Carina.Schoenberger@usdoj.gov

SHEARMAN & STERLING LLP
Attorneys for Ambac

By: _____
LAWRENCE M. HILL
RICHARD A. NESSLER
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-4002
Lawrence.Hill@shearman.com
Richard.Nessler@shearman.com

MORRISON & FOERSTER LLP
Attorneys for the Committee

By: _____
ANTHONY PRINCI
GARY S. LEE
THOMAS A. HUMPHREYS
EDWARD L. FROELICH
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*The Clerk of the Court is directed to close this case.*

**SO ORDERED:**

_____
**Paul G. Gardephe, U.S.D.J.**

May 8, 2013